USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Western _____ DISTRICT OF _____ Arkansas

**FILED**
**2022 AUG 19 PM 3:50**
**CLERK**
**U.S. DISTRICT COURT**

UNITED STATES OF AMERICA

V.

Landon Germaine

CRIMINAL NUMBER:

5:20CR50055-001

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Landon Germaine, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead Guilty to the offense charged, to consent to the disposition of the case in the _____ District of Utah in which I, am under arrest and held, (am under arrest, am held) and to waive trial in the above captioned District.

Case: 2:22-cr-00301
Assigned To : Waddoups, Clark
Assign. Date : 8/19/2022
Description: USA v Germaine

Dated: 8/19 2022 at 1:30

_____ For Landon Germaine
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
_____ District of
Utah

_____
United States Attorney for the
Western _____ District of
Arkansas