USDC DISTRICT OF UT CASE No. 2:22cr00301 CW

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 07 2020

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:20CR50055-001 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. §§ 2251(a) and (e) |
| | ) | 18 U.S.C. § 2256(8) |
| LANDON GERMAINE | ) | 18 U.S.C. § 2422(b) |

## REDACTED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Attempted Sexual Exploitation of a Minor via the Production of Child Pornography)

Beginning on or about November 19, 2018, and continuing through and including on or about January 21, 2020, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendant, **LANDON GERMAINE**, did employ, use, persuade, induce, entice, and coerce a minor, namely, JANE DOE, with the intent that JANE DOE engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256(8), for the purpose of producing a visual depiction of such conduct and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and attempted to do such.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO
(Online Enticement of a Minor)

Beginning on or about November 19, 2018, and continuing through and including on or about January 21, 2020, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendant, **LANDON GERMAINE**, using a facility and means of interstate commerce,

namely a device connected to the Internet, knowingly attempted to persuade, induce and entice JANE DOE, whom he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, namely Production of Child Pornography, and attempted to do such.

All in violation of Title 18, United States Code, Section 2422(b).

A True Bill.

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/Grand Jury Foreperson
Grand Jury Foreperson

By: _____
Carly Marshall
Assistant U. S. Attorney
Arkansas Bar No. 2012173
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail carly.marshall@usdoj.gov