SEALED

USDC DISTRICT OF UT CASE  No. 2:22cr00301 CW

# U. S. District Court
## Western District of Arkansas (Fayetteville)
## CRIMINAL DOCKET FOR CASE #: 5:20-cr-50055-TLB-1 *SEALED*
## Internal Use Only

Case title: USA v. SEALED                    Date Filed: 10/07/2020

Assigned to: Honorable Timothy L. Brooks

**Defendant (1)**

**Landon Germaine**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18 U.S.C. §§ 2251(a) and (e) Attempted Sexual Exploitation of a Minor via the Exploitation of Child Pornography (1) | |
| 18 U.S.C. § 2422(b) Online Enticement of a Minor (2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

USA                    represented by   **Carly Marshall**
United States Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
(479) 494-4069
Email: Carly.Marshall@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Select <br> **all** / **clear** | Docket Text |
|---|---|---|---|
| 10/07/2020 | 1 | ☐ | Redacted Indictment as to Landon Germaine. (lgd) (Entered: 10/08/2020) |
| 10/07/2020 | 🔒 2 | ☐ | **THE DOCUMENT IS FILED UNDER SEAL AND RESTRICTED TO COURT USERS.** <br><br> SEALED INDICTMENT as to Landon Germaine. (lgd) (Entered: 10/08/2020) |
| 10/07/2020 | 🔒 3 | ☐ | **THIS DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND COURT USERS.** <br><br> Citation Calendar as to Landon Germaine. (lgd) (Entered: 10/08/2020) |
| 10/07/2020 | 🔒 4 | ☐ | **THIS DOCUMENT IS RESTRICTED TO COURT USERS AND THE FILER ONLY.** <br><br> Criminal Cover Sheet filed by USA as to Landon Germaine. (lgd) (Entered: 10/08/2020) |
| 10/07/2020 |  |  | Counts added: Landon Germaine (1) count(s) 1, 2 per 1 Redacted Indictment. (lgd) Modified on 10/9/2020 (src). (Entered: 10/08/2020) |
| 10/07/2020 | 🔒 5 | ☐ | **THE DOCUMENT IS RESTRICTED TO COURT USERS.** <br><br> Arrest Warrant Issued as to Landon Germaine. (lgd) (Entered: 10/08/2020) |

View Selected

or

Download Selected