USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

**FILED**
**2022 AUG 19 PM 3:50**
**CLERK**
**U.S. DISTRICT COURT**

for the Western DISTRICT OF Arkansas

UNITED STATES OF AMERICA

V.

Landon Germaine

CRIMINAL NUMBER:

5:20CR50055-001

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Landon Germaine, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead Guilty to the offense charged, to consent to the disposition of the case in the _____ District of Utah in which I, am under arrest and held, (am under arrest, am held) and to waive trial in the above captioned District.

Case: 2:22-cr-00301
Assigned To : Waddoups, Clark
Assign. Date : 8/19/2022
Description: USA v Germaine

Dated: 8/19/2022 at 1:30

_____ For Landon Germaine
*(Defendant)*

_____ 
*(Witness)*

_____
*(Counsel for Defendants)*

_____
*(Assistant United States Attorney)*

Approved

_____
United States Attorney for the
_____ District of
Utah

_____
United States Attorney for the
Western _____ District of
Arkansas

**U.S. Department of Justice**  Rule 20 -- Transfer Notice

| To: | District | Date |
|---|---|---|
| **Name of Subject:** Landon Germaine | **Statute Violated** 18 USC 2251(a) and 18 USC 2422(b) | **File Data** *(Initials and Number)* 5:20cr50055-001 |

### Part A -- District of Arrest

[✓] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

[✓] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

[ ] Other *(Specify)*:

[ ] The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea**   **Date of Sentence**   **Sentence**

| From *(Signature and Title)* | Address |
|---|---|
| *Clay Faulker* United States Attorney- WDAR | 414 Parker Avenue, Fort Smith, Arkansas |

### Part B -- District of Offense

[✓] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
          on           at           o'clock

*(Kindly notify me of any anticipated delay)*
[ ] Enclosed are two certified copies of indictment or information
Docket No. 5:20cr50055-001

[ ] Please have defendant execute waiver of indictment.

[ ] Other *(Specify)*:

| Signature *(Name and Title)* *Trina A. Higgins* | District: Utah | Date: August 17, 2022 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85