# United States District Court
# District of Utah

**Gary P. Serdar**
Clerk of Court



August 19, 2022

Carly Marshall
U.S. Attorney's Office – W District of AR
carly.marshall@usdoj.gov

–

re: Case No.: 2:22cr00301 CW
Name of Case: USA v Germaine
Rule 20 in from: Western Dist of AR
Transferor District #: 5:20cr50055-1 TLB

Dear AUSA:

This is to inform you that the Consent to Transfer for Plea and Sentence under Rule 20, FRCrP has been received in this district for the above captioned defendant. Please note the new case number for the District of Utah. The filing date for the case is September 21, 2021, the date the transfer was received.

Sincerely,
Gary P. Serdar, Clerk
/s/Aimee Trujillo
Aimee Trujillo
Deputy Clerk

cc: USDC W Dist AR via email